No. 184. WILLIAMSON, ATTORNEY GENERAL, ET AL. *v.* LEE OPTICAL OF OKLAHOMA, INC. ET AL. Appeal from

958

the United States District Court for the Western District of Oklahoma. Probable jurisdiction noted, 348 U. S. 854. The motion of American Committee on Optics and Visual Physiology and others for leave to join in brief of the Guild of Prescription Opticians of America, Inc., as *amici curiae*, is granted. *Herbert A. Bergson* for movants.